UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOHNSON POKU OKYERE,

                              Plaintiff,

            -v-

PALISADES COLLECTION, LLC,
HOUSLANGER & ASSOCIATES, PLLC, TODD
HOUSLANGER, and RONALD MOSES,

                              Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 18 2012

12 Civ. 1453 (JPO)

NOTICE OF INITIAL
PRETRIAL
CONFERENCE

J. PAUL OETKEN, District Judge:

      This case has been assigned to the undersigned for all purposes. Counsel for all parties are directed to appear for an initial pretrial conference with the Court, at the time and place listed below. By the date of the initial pretrial conference, counsel for all parties are required to register as filing users in accordance with the Procedures for Electronic Case Filing. Counsel who appear at the initial pretrial conference must be authorized to negotiate terms of settlement.

      Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Fed. R. Civ. P. 16 conference. Counsel are further directed to use the Court's Civil Case Management Plan and Scheduling Order form (the "Form") to jointly prepare a detailed written proposed schedule for any motions and discovery. Counsel should type entries into this Form using a copy of the Form available at http://nysd.uscourts.gov/judge/Oetken.

      The parties shall submit a copy of the completed Form at least three business days prior to the date of the conference. Prior to the date of the conference, each party must also send the Court one courtesy copy of all of that party's pleadings.

1

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via email to the Orders and Judgment Clerk at the following email address: orders_and_judgments@nysd.uscourts.gov.

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time.  Counsel are directed to appear promptly.

Requests for adjournment may be made only in a writing received not later than two business days before the conference.  The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and dates on succeeding Fridays when all counsel are available.  Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

All counsel receiving this order are directed (i) to notify all other parties' attorneys in this action by serving upon each of them a copy of this notice and the Court's individual practices (available at the Court's website, http://nysd.uscourts.gov/judge/Oetken) forthwith, and (ii) to file proof of such notice with the Court.  If unaware of the identity of counsel for any of the parties, counsel receiving this order must forthwith send a copy of the notice and practices to that party personally.

Date and place of conference: July 20, 2012, at 10:45 a.m. at the United States Court House, 500 Pearl Street, New York, New York, in Courtroom 15D.

Dated: New York, New York
      June 15, 2012

_____
J. PAUL OETKEN
United States District Judge